| | |
|---|---|
| SHARLENE DRYER and ROBERT DRYER, <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUESHIELD OF NEW JERSEY, <br><br> Defendant. | Docket No. 3:09-cv-00561 <br><br> Judge Nixon <br> Magistrate Judge Bryant |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel to the parties below, the parties have reached an agreement resolving all claims in this case. Accordingly, pursuant to Fed. R. Civ. P. 41, the parties hereby agree that all claims filed in this case shall be dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

So Ordered.

/s/ Tim Hatton
Tim Hatton (#024478)
104 ½ Public Square
Lebanon, Tennessee 37087
Tel.: 615-453-9934
Fax: 615-453-9936
E-Mail: Tim@LawyerHatton.com

Attorney for Plaintiffs